# United States District Court
### for the
### Southern District of Indiana

ROSS MARTINIE EILER,　)
REV. BILL BREEDEN,　)
　)
　　　　　Plaintiffs,　)
　)
vs.　)　　Cause No: 2:23-cv-205-JRS-MG
　)
COMPLEX WARDEN, FEDERAL CORRECTIONAL　)
COMPLEX, TERRE HAUTE, in his official capacity,　)
　)
　　　　　Defendant.　)

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

　　　Complex Warden, Federal Correctional Complex, 4700 Bureau Road South, Terre Haute, IN 47802

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

　　　　　Kenneth Falk/ Stevie Pactor
　　　　　ACLU of Indiana
　　　　　1031 E. Washington St.
　　　　　Indianapolis, IN 46202

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___April 26, 2023___



Civil Action Number: Cause No: 2:23-cv-205-*JRS-MG*                    Civil Summons (Page 2)

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Complex Warden__

was received by me on *(date)* __4/26/23__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __CMRRR__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____[signature]_____
                                    Server's Signature

                                    Chad Bauernfeind
                                    Litigation Support Specialist
                                    Printed name and title

                                    ACLU of Indiana
                                    1031 East Washington St.
                                    Indianapolis, IN 46202
                                    Server's address

Additional information regarding attempted service, etc.

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 70222410000129702159

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in TERRE HAUTE, IN 47802 on April 28, 2023 at 6:47 am.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered to Agent
**Delivered to Agent for Final Delivery**

TERRE HAUTE, IN 47802
April 28, 2023, 6:47 am

See All Tracking History

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Complex Warden
Federal Correctional Complex
4700 Bureau Road South
Terre Haute, IN 47802

9590 9402 7395 2055 6221 85

2. Article Number *(Transfer from service label)*

7022 2410 0001 2970 2159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                     ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

Track Another Package

Enter tracking or barcode numbers