UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROSS MARTINIE EILER, | ) | |
| REV. BILL BREEDEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00205-MPB-MKK |
| | ) | |
| COMPLEX WARDEN, FEDERAL | ) | |
| CORRECTIONAL COMPLEX, TERRE | ) | |
| HAUTE, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Appearance**

To:     The Clerk of the Court and all parties of record

I am admitted to practice in this Court, and I appear as one of the counsel for the

plaintiffs.

June 6, 2023

Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Attorney for Plaintiffs

[1]