UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROSS MARTINIE EILER,<br>REV. BILL BREEDEN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMPLEX WARDEN, FEDERAL<br>CORRECTIONAL COMPLEX, TERRE<br>HAUTE, in his official capacity,<br><br>    Defendant. | No. 2:23-cv-205-MPB-MKK |

**Stipulation to Dismiss**

The parties, by their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal of the Amended Complaint for Declaratory and Injunctive Relief and this action, with prejudice, with each party to pay its own costs and attorneys' fees.

WHEREFORE, the parties stipulate to the dismissal of the Amended Complaint for Declaratory and Injunctive Relief and this action, with prejudice, with each party to pay its own costs and attorneys' fees.

Kenneth J. Falk
Stevie J. Pactor
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
spactor@aclu-in.org
grose@aclu-in.org

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Christopher D. Edelman*
Christopher D. Edelman
(DC Bar No. 1033486)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendant*