UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROSS MARTINIE EILER,<br>REV. BILL BREEDEN,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>COMPLEX WARDEN, FEDERAL<br>CORRECTIONAL COMPLEX, TERRE<br>HAUTE, in his official capacity,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 2:23-cv-205-MPB-MKK<br>)<br>)<br>)<br>)<br>)<br>) |

**Acknowledgment of Dismissal**

The parties having filed their Stipulation to Dismiss, the Court acknowledges that the Amended Complaint for Declaratory and Injunctive Relief and this action is dismissed and the dismissal is with prejudice, with each party to pay its own costs and attorneys' fees.

Dated:  September 28, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Matthew P. Brookman, Judge
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Southern District of Indiana

To:　　All ECF-registered counsel of record